#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| OBENTO LIMITED (d/b/a Chinese Menu Online), a Hong Kong business entity; P & F, INC. d/b/a HAPPINESS RESTAURANT, on behalf of itself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>QMENU, INC., a Georgia corporation,<br><br>      Defendants. | Case No. 1:20-cv-07391<br>Judge Jorge L. Alonso<br>Magistrate Judge Sheila M. Finnegan |

### AMENDED AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant qMenu, Inc. ("qMenu" or "Defendant"), pursuant to Local Rule 7.1 and this Court's Case Procedures, submits this Amended Agreed Motion for Leave to Exceed Page Limit, respectfully showing the Court as follows:

On February 24, 2021, qMenu filed an Agreed Motion to Exceed the Page Limit on its forthcoming Memorandum in Support of its Motion to Dismiss, Motion to Strike and Motion to Transfer Venue. (ECF No. 13.) To clarify, qMenu is planning to file a separate Motion to Transfer Venue for Forum Non Conveniens pursuant to 28 U.S.C. § 1404 and is not asserting that venue is improper pursuant to Federal Rule of Civil Procedure 12(b)(3). Accordingly, qMenu is filing this Amended Motion seeking leave to exceed the page limit as to its Motion to Dismiss and Strike only.

qMenu intends to move to dismiss the six (6) counts of Plaintiffs' Complaint on numerous grounds, including that they fail to meet the pleading requirements of Federal Rules of Civil Procedure 8 and 9(b), and because Plaintiffs have filed state law claims as to which relief

{9431271: }

cannot be granted. qMenu also intends to move to strike Plaintiffs' class allegations pursuant to Federal Rules of Civil Procedure 12(f) and 23, because, on the face of the pleadings, Plaintiffs' proposed nationwide class cannot be certified. Given the numerous substantive issues in qMenu's Motion to Dismiss and Strike, qMenu submits that a page extension of ten (10) pages is warranted. qMenu respectfully requests that this Court grant its Amended Motion to Exceed Page Limit, and grant qMenu leave to file a memorandum in support of its Motion to Dismiss and Strike of no longer than twenty-five (25) pages. Plaintiffs' counsel has generously consented to this Amended Motion.

WHEREFORE, qMenu respectfully requests that the Court grant it leave to exceed the Local Rule's page limit with respect to its Memorandum of Law in Support of its Motion to Dismiss and to Strike, and to file a brief no longer than twenty-five (25) pages.

Respectfully submitted this 25th day of February, 2021.

*/s/ Jacob D. Radecki*
Jacob D. Radecki (ARDC #6321345)
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL 60654
Phone: (312) 208-0111
Email: jradecki@mcdonaldhopkins.com

Nicholas P. Panayotopoulos
Georgia Bar No. 560679
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
npanayo@wwhgd.com

*Attorneys for Defendant qMenu, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on **February 25, 2021**, I electronically filed the foregoing Agreed Motion with the Clerk of the Court using the CM/ECF system, which will furnish electronic copies to all parties of record.

>   */s/ Jacob D. Radecki*
>   Jacob D. Radecki (ARDC #6321345)
>   McDonald Hopkins LLC
>   300 N. LaSalle Street, Suite 1400
>   Chicago, IL 60654
>   Phone: (312) 208-0111
>   Email: jradecki@mcdonaldhopkins.com
>   *Attorneys for Defendant qMenu, Inc.*