# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OBENTO LIMITED (d/b/a Chinese Menu Online), a Hong Kong business entity; P & F, INC. d/b/a HAPPINESS RESTAURANT, on behalf of itself and all others similarly situated, | ) ) ) ) ) | Case No. 1:20-cv-07391-JLA-SMF Judge Jorge L. Alonso Magistrate Judge Sheila M. Finnegan |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| QMENU, INC., a Georgia corporation, | ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF YANFENG ("CHRIS") XU IN SUPPORT OF QMENU, INC.'S**
**MOTION TO TRANSFER VENUE**

I, Yanfeng ("Chris") Xu, based upon my personal knowledge, hereby declare as follows under penalty of perjury:

1.      I am over the age of 18 years, and have personal knowledge of the facts recited below. I am the Chief Operating Officer of qMenu, Inc. "(qMenu").

2.      The following individuals have the most knowledge of qMenu's interaction with restaurant operators regarding utilization of qMenu's online ordering platform, including the granting of consent to access restaurants' Google My Business ("GMB") listing:

Yanfeng ("Chris") Xu – Chief Operating Officer,

Zhaofeng ("Alan") Xue, - VP of Operations

Dixon Adair – VP of Operations

Yinghong Mo, Manager of Customer Services

Except as noted herein, each of these individuals is a resident of Gwinnett County, Georgia, or works at qMenu's principal offices located in Gwinnett County, Georgia.

3.      The same individuals identified in paragraph 2 above have the most knowledge of qMenu's interactions with the GMB platform, and any actions taken by qMenu to link restaurants' GMB listings with the qMenu online ordering platform.

4.      The same individuals identified in paragraph 2 above have the most knowledge regarding transfers of primary status for online ordering on the GMB listing for restaurants with whom qMenu has had business relationships for the period between April and July, 2020, including transfers to and from Chines Menu Online.

5.      All of qMenu's books and business records regarding contacts with restaurant operators and interactions with the GMB listings for restaurants with which qMenu has had business relationships are either located in qMenu's principal offices located in Gwinnett County, Georgia, or are cloud-stored and accessible from qMenu's computers located in Gwinnett County, Georgia.

6.      qMenu employs independent contractors located in China as its sales force for telephonic solicitation and customer service contacts with restaurant operators, but maintains logs and in some instances recordings of those sales and customer service telephonic communications either in its principal offices located in Gwinnett County, Georgia, or in cloud-stored files accessible from qMenu's computers located in Gwinnett County, Georgia.

7.      It would cause substantial hardship to qMenu to require its principal officers and relevant witnesses identified in paragraph 2 above to travel to and appear for trial and related proceedings in the Northern District of Illinois.

FURTHER AFFIANT SAITH NOT.

Yangfeng ("Chris") Xu

Sworn to and subscribed before me
this 26th day of February, 2021.



Notary Public

My Commission Expires: _Aprie 19, 2024_

This Affidavit of Yanfeng ("Chris") Xu was notarized pursuant to Executive Order 04-09-20-01 using Zoom as real-time audio visual communication technology.

Identity was verified by his Georgia driver's license, expiration 11/2025.