THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OBENTO LIMITED (d/b/a Chinese Menu Online), a Hong Kong business entity; P&F, INC. d/b/a HAPPINESS RESTAURANT, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QMENU, INC., a Georgia corporation,<br><br>Defendant. | Case No. 1:20-cv-07391<br>Judge Jorge L. Alonso<br>Magistrate Judge Sheila M. Finnegan |

## JOINT MOTION FOR RECIPROCAL JURISDICTIONAL DISCOVERY

Plaintiffs, OBENTO LIMITED and P&F, INC. dba HAPPINESS RESTAURANT, on behalf of itself and all others similarly situated (collectively "Plaintiffs"), by and through their attorneys, Jonathan L. Schwartz and Larry D. Mason of Goldberg Segalla LLP, and Defendant QMENU, INC., by and through its attorneys, Jacob Radecki of McDonald Hopkins LLC, and Nick Panayotopoulos of Weinberg Wheeler Hudgins Gunn & Dial (collectively "the Parties") bring this joint motion to allow qMenu to seek reciprocal, limited, jurisdictional discovery in the timeframe set forth in this Court's Minute Entry dated March 19, 2021 (Dkt. #25).

1. Plaintiffs filed on March 17, 2021 their Stipulated Motion and Memorandum for Leave to Conduct Limited Venue Discovery and to Extend Time to Respond to Defendant's Pending Motions. Dkt. #23. Due to a miscommunication, Plaintiffs' motion should have included a request that qMenu be allowed to seek reciprocal, limited, jurisdictional discovery from Plaintiffs.

2. Like Plaintiffs, qMenu seeks to conduct venue-related discovery through the use of interrogatories limited to the following topics, subject to an agreed-upon protective order:

    a. The identity and residency of anticipated witnesses, consistent with Fed. R. Civ. P. 26(a)(1) Initial Disclosures;

  b. The identity, location, and accessibility of anticipated documentary evidence; and

  c. The identity and residency of anticipated class members currently known to Plaintiffs, consistent with Fed. R. Civ. P. 26(a)(1) Initial Disclosures.

3. The Parties jointly request that qMenu be allowed to conduct its reciprocal discovery in the timeframe set forth in Plaintiff's motion (Dkt. #23), and adopted in this Court's Minute Entry (Dkt. #25). Specifically:

  a. The Parties to serve each other with limited interrogatories within 7 days of an Order on this Motion; and

  b. The Parties to answer the limited interrogatories within 30 days following opposing counsels' receipt of service by email of the discovery.

WHEREFORE, for the reasons set forth herein, the Parties respectfully request that this Court enter an Order granting the Parties' requests for reciprocal, limited venue discovery by qMenu consistent with the deadlines set forth in this Court's March 19, 2021 Minute Entry.

DATE: <u>March 24, 2021</u>  Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: <u>/s/ Jonathan L. Schwartz</u>
One of the Attorneys for Obento Limited dba Chinese Menu Online and P&F, Inc. dba Happiness Restaurant, on behalf of itself and all others similarly situated

Jonathan L. Schwartz - 6287338
Larry D. Mason - 6201602
GOLDBERG SEGALLA LLP
**Mailing Address:** P.O. Box 957, Buffalo, NY 14201
**Physical Address:** 222 West Adams Street, Suite 2250
Chicago, IL 60606
(312) 572-8411--Schwartz
(312) 572-8444--Mason
jschwartz@goldbergsegalla.com
lmason@goldbergsegalla.com

29425017.v1

        **WEINBERG WHEELER HUDGINS GUNN & DIAL**

        By: _s/ Nicholas P. Panayotopoulos_
        One of the Attorneys for Defendant qMenu, Inc.

Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
(404) 876-2700
npanayo@wwhgd.com

Jacob D. Radecki – 6321345
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL 60654
(312) 208-0111
jradecki@mcdonaldhopkins.com

29425017.v1